# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANSKY ROUZARD,

        Plaintiff,

v.                                             Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION FOR ELECTRONIC (E-FILING) ACCESS (Doc. No. 8)
>
> **FILED:**      May 24, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g). Further, pursuant to this Court's Administrative Procedures for Electronic Filing, a party proceeding *pro se* is required to file all pleadings and

other documents in paper format, absent authorization from the Court to file electronically.[1] "While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02-CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).   The instant motion (Doc. No. 8) is not sufficient to satisfy this standard.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court's Administrative Procedures for Electronic Filing can be found on the Court's website, www.flmd.uscourts.gov, under "Filing a Case" and then selecting "Administrative Procedures for Electronic Filing (PDF)."