**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIANSKY ROUZARD,

    Plaintiff,

v.                                              Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

---

**ORDER TO STRIKE**

This cause comes before the Court on review of Plaintiff's Motion for Summary Judgment by Default for Declaratory and Monetary Relief Against Defendant, filed on June 18, 2024.   Doc. No. 17.   On review, the filing is a duplicate version of the same document previously filed.   *See* Doc. No. 13.   Accordingly, the second-filed motion (Doc. No. 17) is hereby **STRICKEN**; the first-filed motion (Doc. No. 13) will be addressed by separate order.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2024.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties