**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIANSKY ROUZARD,

        Plaintiff,

v.                                                    Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR ELECTRONIC (E-FILING) ACCESS (Doc. No. 15)**
>
> **FILED:**     June 18, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Court previously denied without prejudice Plaintiff's *pro se* motion seeking access to electronic filing because the motion failed to comply with Local Rules 1.08, 3.01(a), and 3.01(g), and failed to show good cause or extenuating circumstances supporting the request.  Doc. Nos. 8, 11.  Now before the Court is

Plaintiff's second request, seeking the same relief because "[i]t would be a beneficial use for Plaintiff and for easy case management." Doc. No. 15. Upon review, the renewed motion (Doc. No. 15) is **DENIED** for the same reasons previously set forth by the Court. *See* Doc. No. 11.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties