# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANSKY ROUZARD,

       Plaintiff,

v.                                             Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR SUMMARY JUDGMENT BY DEFAULT FOR DECLARATORY AND MONETARY RELIEF AGAINST DEFENDANT (Doc. No. 13)**
>
> **FILED:**    **June 7, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, proceeding *pro se*, has filed a motion for default judgment/summary judgment against Defendant, the grounds for which appear to be Defendant's failure to file a corporate disclosure statement and/or respond to discovery.   Doc.

No. 13.   Upon review, the motion will be denied without prejudice for failure to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g).   Any renewed filing must fully comply with all applicable Local Rules.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties