**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIANSKY ROUZARD,

      Plaintiff,

v.                                                Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION FOR SANCTIONS AND SUMMARY DEFAULT JUDGMENT (Doc. No. 28)
>
> **FILED:**     July 9, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g).  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal

Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).  In addition, the Court notes that Plaintiff's request for sanctions appears to be premised on Defendant's attempts to confer with Plaintiff regarding Defendant's motion to dismiss.  Doc. No. 28; *see* Doc. No. 27.  The Court directs Plaintiff to Local Rule 3.01(g), which requires the conferral process with which Plaintiff appears to take issue.  *See* Local Rule 3.01(g).[1]

    **DONE** and **ORDERED** in Orlando, Florida on July 10, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Local Rules are available on the Court's website, https://www.flmd.uscourts.gov/local-rules.