**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIANSKY ROUZARD,

        Plaintiff,

v.                                          Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION FOR SANCTIONS AND SUMMARY DEFAULT JUDGMENT   (Doc. No. 32)
>
> **FILED:**     July 11, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The above-styled motion is a duplicate copy of a previously-filed motion that has already been ruled upon by the Court.  *Compare* Doc. No. 32, *with* Doc. No. 28; *see also* Doc. No. 29.  Accordingly, the above-styled motion (Doc. No. 32) is **DENIED** for the same reasons previously set forth.  *See* Doc. No. 29.

Plaintiff is cautioned that status as a *pro se* litigant does not excuse a party from compliance with all applicable Court Orders, Local Rules, and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989). Plaintiff is further cautioned that future filings that fail to comply with all Court Orders, Local Rules, and Federal Rules of Civil Procedure will be stricken or summarily denied without further notice, and may subject Plaintiff to sanctions.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties