### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANSKY ROUZARD,

       Plaintiff,

v.                                                                   Case No:   6:24-cv-585-CEM-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

_____

### ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL DEFENDANT TO CONFER IN GOOD FAITH (Doc. No. 38)** |
| **FILED:** | **July 30, 2024** |
| | |
| **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**. | |

    Plaintiff, appearing *pro se*, has filed the above-styled motion to compel the Commissioner of Social Security to confer in good faith regarding a trial date and settlement.   Doc. No. 38.   Upon review, the motion will be denied without

prejudice for failure to comply with the Local Rules.   Specifically, the motion fails to comply with Local Rule 3.01(g) as it fails to state the Commissioner's position on the request or contain a Local Rule 3.01(g) certification.   In addition, the motion fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support.   Relatedly, the motion fails to establish the propriety of the relief sought, particularly given that this case arises under the Social Security Act, which claims are typically resolved based on an administrative record and the parties' briefing pursuant to the Supplemental Rules for Social Security Actions.[1]

Plaintiff is once again cautioned that his status as a *pro se* litigant does not absolve him from complying with all applicable Local Rules.   *See* Doc. No. 33, at 2. Plaintiff is further cautioned that future failures to comply may result in the imposition of sanctions.   *See id.*

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court notes, however, that the Commissioner has filed a motion to dismiss in this case.   *See* Doc. No. 27.

Unrepresented Parties